# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        Plaintiff,

  v.                                     Case No. 14-CR-130

**ABDULLAH McGHEE**
        **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's motion for a pre-conviction criminal history report (R. 23) is **GRANTED**. The Clerk will direct a copy of this order to the U.S. Probation Office.

Dated at Milwaukee, Wisconsin, this 10th day of February, 2015.

                                              /s Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge